UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROY L. SNELL, JR.,

        Petitioner,               Case No. 1:22-cv-1147

v.                                         Honorable Phillip J. Green

UNKNOWN PARTY,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   January 18, 2023                /s/ Phillip J. Green
                                                                PHILLIP J. GREEN
                                                                United States Magistrate Judge