UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

ROY L. SNELL, JR.,

        Petitioner,        Case No. 1:22-cv-1147

v.        Honorable Phillip J. Green

UNKNOWN PARTY,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as premature and for lack of exhaustion of available state-court remedies.

Dated:  January 18, 2023        /s/ Phillip J. Green
                                                                       PHILLIP J. GREEN
                                                                       United States Magistrate Judge